```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ELANA S. LANDAU
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> LUKE ANTHONY SCARMAZZO and ) <br> RICARDO RUIZ MONTES, ) <br> ) <br> Defendants. ) <br> ) | 1:06-CR—00342-OWW <br><br> Preliminary Order of <br> Forfeiture; Money Judgment |

Based upon the Court's findings of fact and conclusions of law, and the evidence entered at the jury trial herein, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 982(a)(1), defendants Luke Anthony Scarmazzo and Ricardo Ruiz Montes' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a)  $15,528.99 seized from Bank of America bank account number 11646-06416 in the name of Ricardo Ruiz on or about September 27, 2006;

///

///

1

b) $100,010.00 in United States currency seized from Wells Fargo Safe Deposit Box 63663-157 held in the name of Luke Scarmazzo in Riverbank, California, on or about October 5, 2006;

c) $30,000.00 in United States currency in Wells Fargo Safe Deposit Box 63663-158 held in the name of Luke Scarmazzo in Riverbank, California, on or about October 5, 2006;

d) $8,746.39 seized from Bank of America bank account number 11642-01185 held in the name of Ricardo Ruiz Montes in Modesto, California, on or about September 27, 2006;

e) $501.89 seized from Wells Fargo bank account number 1100722964 held in the names of Luke Scarmazzo and/or Ricardo Ruiz Montes dba California Healthcare Collective in Modesto, California, on or about September 27, 2006;

f) $377.47 seized from Wells Fargo bank account number 3853057069 held in the name of Luke Scarmazzo in Modesto, California, on or about September 27, 2006;

g) $4,450.00 seized from 3500 San Clemente, Modesto, California, on or about September 27, 2006;

h) $4,178.00 seized from 2637 Dardanelle, Modesto, California on or about September 27, 2006;

i) $200.00 seized from 1009 McHenry Ave., Modesto, California, on or about September 27, 2006;

j) $567.00 seized from 1009 McHenry Ave., Modesto, California, on or about September 27, 2006;

k) $1,328.20 seized from 1009 McHenry Ave., Modesto, California, on or about September 27, 2006;

l) $6,950.00 seized from 3500 San Clemente, Modesto, California, on or about September 27, 2006;

m) $14,920.00 seized from 1009 McHenry Ave.,Modesto, California, on or about September 27, 2006;

n) $32,460.84 seized from Wells Fargo bank account number 6000140761 in Modesto, California, on or about September 27, 2006;

                  o)      $93,095.00 seized from 2600 Beatrice Lane,
                          Modesto, California, on or about July 21, 2006.

     In addition, the Court orders the entry of personal money
judgments against defendants Luke Anthony Scarmazzo and Ricardo
Anthony Montes, jointly and severally,  in the amount of
$8,890,474.22 pursuant to Fed. R. Crim. P. 32.2(b)(1).  The personal
money judgments shall be satisfied at the time of sentencing.
     2.   The above-listed property constitutes, or is derived from,
proceeds obtained, directly or indirectly, or was used or intended
to be used, in any manner or part, to commit, or to facilitate the
commission of a violation of 21 U.S.C. §§ 841, 846 or 848.
     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
designee) shall be authorized to seize the above-listed property.
The aforementioned property shall be seized and held by the U.S.
Marshals Service, in its secure custody and control.
     4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171,
the United States forthwith shall publish at least once a week, for
three successive weeks, in the <u>Modesto Bee</u> (Stanislaus County), a
newspaper of general circulation located in the county in which the
above-described property was seized, notice of this Order, notice of
the Attorney General's (or designee's)intent to dispose of the
property in such manner as the Attorney General may direct, and
notice that any person, other than the defendants, having or
claiming a legal interest in the above-listed property must file a
petition with the Court within thirty (30) days of the final
publication of the notice or of receipt of actual notice, whichever
is earlier.
          b.   This notice shall state that the petition shall be for

                                    3

a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

    c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 982(a)(1) in which all interests will be addressed.

    6.  This order shall be without prejudice to the Government's ability to proceed under Fed. R. Crim. P. 32.2(e) to include property not located and identified at the time of this order, or the ability to use substitute assets to satisfy the personal forfeiture money judgments.  To the extent that the United States realizes any sums from the forfeiture of other assets not included in this order, the personal money judgments shall be reduced accordingly.

    IT IS SO ORDERED.

**Dated:   June 5, 2008**                                       /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE