ANTHONY P. CAPOZZI, CSB #068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
LUKE ANTHONY SCARMAZZO

**FILED**

DEC 0 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE ANTHONY SCARMAZZO,<br><br>Defendant. | Case No.: CR-F-06-0342 OWW<br><br>MOTION TO WITHDRAW NOTICE OF APPEAL FILED ON DECEMBER 1, 2008 |

Defendant, LUKE ANTHONY SCARMAZZO, by and through his legal counsel, ANTHONY P. CAPOZZI, hereby withdraws his Notice of Appeal filed on December 1, 2008 based upon the following Declaration.

///
///
///

- 1 -

## DECLARATION OF ANTHONY P. CAPOZZI

1. I am an attorney-at-law duly licensed to practice in the State of California and before this Court.

2. I am the attorney for LUKE ANTHONY SCARMAZZO, one of the defendants in the above entitled action.

3. This attorney was retained to represent Mr. SCARMAZZO through trial.

4. The Defendant is currently in custody.

5. The Sentencing Hearing in this matter was held on November 21, 2008 before this court.

    a. As of the filing of this Motion, no Judgment has been filed by the court.

    b. This attorney submitted a request during sentencing to withdraw from the case and have Mr. SCARMAZZO represented by the Office of the Federal Defender for his appeal. This court granted that request upon the condition that this attorney file a Notice of Appeal.

6. As a Notice of Appeal had not been filed by another attorney, this attorney filed a Notice of Appeal on Monday, December 1, 2008, so as to protect the defendant, LUKE ANTHONY SCARMAZZO's appeal rights.

7. This attorney was then advised on December 2, 2008, that a Motion to Withdraw the Notice of Appeal would need to be filed as the Office of the Federal Defender was paneling the case.

8. On December 4, 2008 this attorney's office received a call stating that the Order to panel Mr. SCARMAZZO's appeal had been received and that the Motion to Withdraw the Notice of Appeal needed to be filed by this office.

9. With the understanding that Mr. SCARMAZZO's appeal rights will not be lost, and that the appointed attorney will file a Notice of Appeal within the jurisdictional limits, this attorney hereby submits his Motion to Withdraw the Notice of Appeal filed on behalf of the Defendant, LUKE ANTHONY SCARMAZZO on December 1, 2008.

I further affirm under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing information is true and correct to the best of my knowledge, as executed on December 4, 2008, in Fresno, California

Respectfully submitted,

Dated: December 4, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
LUKE ANTHONY SCARMAZZO

It is so Ordered. Dated: 12-5-08

_____
United States District Judge

-3-