1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   ELANA S. LANDAU
3  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorneys
4  4401 Federal Building
   2500 Tulare Street
5  Fresno, California 93721
   Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKE ANTHONY SCARMAZZO and<br>RICARDO RUIZ MONTES,<br><br>    Defendants. | 1:06-CR-00342 OWW<br><br>FINAL ORDER OF FORFEITURE;<br>MONEY JUDGMENT |

WHEREAS, on or about June 6, 2008, this Court entered a Preliminary Order of Forfeiture; Money Judgment pursuant to the provisions of 21 U.S.C. § 853, based upon the Court's findings of fact and conclusions of law, and evidence entered at the jury trial, defendants Luke Anthony Scarmazzo and Ricardo Ruiz Montes shall forfeit to the United States the following properties:

    a) $15,528.99 seized from Bank of America bank account number 11646-06416 in the name of Ricardo Ruiz on or about September 27, 2006;

    b) $100,010.00 in United States currency seized from Wells Fargo Safe Deposit Box 63663-157 held in the name of Luke Scarmazzo in Riverbank, California, on or about October 5, 2006;

1

c) $30,000.00 in United States currency in Wells Fargo Safe Deposit Box 63663-158 held in the name of Luke Scarmazzo in Riverbank, California, on or about October 5, 2006;

d) $8,746.39 seized from Bank of America bank account number 11642-01185 held in the name of Ricardo Ruiz Montes in Modesto, California, on or about September 27, 2006;

e) $501.89 seized from Wells Fargo bank account number 1100722964 held in the names of Luke Scarmazzo and/or Ricardo Ruiz Montes dba California Healthcare Collective in Modesto, California, on or about September 27, 2006;

f) $377.47 seized from Wells Fargo bank account number 3853057069 held in the name of Luke Scarmazzo in Modesto, California, on or about September 27, 2006;

g) $4,450.00 seized from 3500 San Clemente, Modesto, California, on or about September 27, 2006;

h) $4,178.00 seized from 2637 Dardanelle, Modesto, California on or about September 27, 2006;

i) $200.00 seized from 1009 McHenry Ave., Modesto, California, on or about September 27, 2006;

j) $567.00 seized from 1009 McHenry Ave., Modesto, California, on or about September 27, 2006;

k) $1,328.20 seized from 1009 McHenry Ave., Modesto, California, on or about September 27, 2006;

l) $6,950.00 seized from 3500 San Clemente, Modesto, California, on or about September 27, 2006;

m) $14,920.00 seized from 1009 McHenry Ave., Modesto, California, on or about September 27, 2006;

n) $32,460.84 seized from Wells Fargo bank account number 6000140761 in Modesto, California, on or about September 27, 2006;

o) $93,095.00 seized from 2600 Beatrice Lane, Modesto, California, on or about July 21, 2006.

In addition, the Court ordered the entry of personal money judgments against defendants Luke Anthony Scarmazzo and Ricardo Ruiz Montes, jointly and severally, in the amount of $8,890,474.22 pursuant

to Fed. R. Crim. P. 32.2(b)(1).

AND WHEREAS, on June 25, July 2 and 9, 2008, the United States published notice of the Court's Order of Forfeiture in the <u>Modesto Bee</u> (Stanislaus County), a newspaper of general circulation located in the county in which the above-listed properties were seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail and first class mail to Maria Montes, Abelardo Fierro Montes, Jr., and Jose Luis Hernandez;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject properties and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed properties pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Luke Anthony Scarmazzo and Ricardo Ruiz Montes.

2. All right, title, and interest in the above-listed properties shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

4. Enforcement of the personal money judgments against defendants Luke Anthony Scarmazzo and Ricardo Ruiz Montes, jointly and severally,

in the amount of $8,890,474.22 pursuant to Fed. R. Crim. P. 32.2(b)(1) shall be stayed pending appeal.

IT IS SO ORDERED.

**Dated:  March 12, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE