IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. F CR-06-342-LJO |
| Plaintiff-Respondent, | **ORDER FOR OPPOSITION**<br>(Doc. 424.) |
| vs. | |
| LUKE SCARMAZZO, | |
| Defendant-Petitioner. | |
| _____/ | |

Petitioner Ricardo Luke Scarmazzo ("Mr. Scarmazzo") is a federal prisoner and proceeds pro se to seek to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 ("section 2255"). Having reviewed Mr. Scarmazzo's section 2255 motion, this Court finds that an opposition by the Government will assist this Court's determination of issues raised by Mr. Scarmazzo. **Accordingly, this Court ORDERS the Government, no later than, June 7, 2012, to file and serve an opposition to this motion**. This Court shall take the section 2255 motion under submission after the opposition is filed. No further submissions shall be accepted, unless further ordered by this Court. In addition, no hearing is set in this matter.

**IT IS SO ORDERED.**

**Dated:   May 2, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                    **UNITED STATES DISTRICT JUDGE**

1