# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:06-cr-00342-LJO |
| Plaintiff, | **ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE (ECF No. 453)** |
| v. | |
| **LUKE SCARMAZZO,** | |
| Defendant. | |

On November 18, 2019, Defendant Luke Scarmazzo filed a *pro se* motion for appointment of counsel under 28 U.S.C. § 1915 (ECF No. 453), and a motion for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), the compassionate release statute, as amended by the First Step Act of 2018, P.L. 115-391, 132 Stat. 5194 (Dec. 21, 2018), (ECF No. 454). To efficiently process petitions under the First Step Act and pursuant to Eastern District of California General Order 595, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Defendant in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **January 23, 2019,** to enter an appearance, and, if warranted, file a supplement to Defendant's *pro se* motion, **or** notify the Court that it does not intend to represent Defendant. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Defendant's motion and/or supplemental motion. From the date of the Government's filing, the FDO (or Defendant, if the FDO declines to represent Defendant) shall have **45 days** to file a reply. The Clerk of Court is **DIRECTED to serve the FDO** with a copy of this Order.

IT IS SO ORDERED.

Dated: **November 21, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1