# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:06-cr-00342-LJO |
| Plaintiff, | **SECOND ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE** |
| v. | |
| **LUKE SCARMAZZO,** | **(ECF No. 453, 456)** |
| Defendant. | |

On November 18, 2019, Defendant Luke Scarmazzo filed a *pro se* motion for appointment of counsel under 28 U.S.C. § 1915 (ECF No. 453), and a motion for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), the compassionate release statute, as amended by the First Step Act of 2018, P.L. 115-391, 132 Stat. 5194 (Dec. 21, 2018), (ECF No. 454). To efficiently process petitions under the First Step Act and pursuant to Eastern District of California General Order 595, on November 21, 2019, the Court appointed the Federal Defender's Office ("FDO") to represent Defendant in this matter. (ECF No. 456.) It has come to the Court's attention that the November 21, 2019, Order was not received by the FDO. Accordingly, the deadlines set forth in that order are reset as follows:

The FDO shall have until **February 10, 2020,** to enter an appearance, and, if warranted, file a supplement to Defendant's *pro se* motion, **or** notify the Court that it does not intend to represent Defendant. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Defendant's motion and/or supplemental motion. From the date of the Government's filing, the FDO (or

1

Defendant, if the FDO declines to represent Defendant) shall have **45 days** to file a reply.

The Clerk of Court is **DIRECTED to serve the FDO** with a copy of this Order **and** to serve a copy on CJA Panel Administrator Connie Garcia at **connie_garcia@fd.org**.

IT IS SO ORDERED.

Dated: **December 10, 2019**            /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE