| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | KATHLEEN A. SERVATIUS |
|   | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:06-CR-00342 NONE |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| LUKE SCARMAZZO, | |
| Defendant. | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Luke Scarmazzo, by and through his attorney, Ann McGlenon, hereby stipulate that the government's response to the defendant's supplemental motion shall be filed on or before extend the time for the government's filing of its response to the defendant's motion until November 1, 2019.

///
///
///
///
///
///
///

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON

The Court previously extended the time for the defendant's supplemental brief but the order did not include a date for the government's response. In light of this extension, the defendant's reply shall due May 15, 2020.

Dated: April 9, 2020

Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/ *(signature)*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: April 9, 2020

/s/ *Ann McGlenon*
ANN McGLENON, Attorney for Luke Scarmazzo

**ORDER**

IT IS SO ORDERED.

Dated: **April 13, 2020**

*(signature)* Dale A. Drozd
UNITED STATES DISTRICT JUDGE