1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              1:06-CR-00342 NONE

12                          Plaintiff,     AMENDED STIPULATION TO EXTEND TIME
                                           FOR GOVERNMENT'S RESPONSE TO
13              v.                         DEFENDANT'S SUPPLEMENTAL MOTION FOR
                                           COMPASSIONATE RELEASE
14  LUKE SCARMAZZO,

15                          Defendant.

16

17       The United States of America, by and through McGREGOR W. SCOTT, United States Attorney,

18  and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Luke

19  Scarmazzo, by and through his attorney, Ann McGlenon, hereby stipulate that the government's

20  response to the defendant's supplemental motion shall be filed on or before April 24, 2020.  The

21  defendant's reply shall be due on or before May 15, 2020.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION FOR EXTENSION OF TIME AND ORDER
THEREON

The Court previously extended the time for the defendant's supplemental brief but the order did not include a date for the government's response.  In light of this extension, the defendant's reply shall due May 15, 2020.

Dated:  April 9, 2020

Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/ _____

KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  April 9, 2020

/s/ *Ann McGlenon*_____

ANN McGLENON, Attorney for Luke Scarmazzo

**ORDER**

IT IS SO ORDERED.

Dated:  **April 15, 2020**

_____

UNITED STATES DISTRICT JUDGE