1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | 1:06-CR-00342 NONE |
|---|---|
12 | Plaintiff, | SECOND STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE |
13 | v. | |
14 | LUKE SCARMAZZO, | |
15 | Defendant. | |

16

17     The United States of America, by and through McGREGOR W. SCOTT, United States Attorney,

18 and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Luke

19 Scarmazzo, by and through his attorney, Ann McGlenon, hereby stipulate that the government's

20 response to the defendant's supplemental motion shall be filed on or before May 5, 2020.  The

21 defendant's reply shall be due on or before May 15, 2020.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION FOR EXTENSION OF TIME AND ORDER
THEREON

The Court previously extended the time for the defendant's supplemental brief but the government has been responding to several such orders and needs additional time for its response.

Dated: April 24, 2020

Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/   *[signature]*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: April 24, 2020

/s/ *Ann McGlenon*
ANN McGLENON, Attorney for Luke Scarmazzo

**ORDER**

IT IS SO ORDERED.

Dated:   **April 25, 2020**

*[signature: Dale A. Drozd]*
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON