ANN MCGLENON, Bar #100433
MCGLENON LAW OFFICE
2401 44th Ave. Unit 6
San Francisco CA  94116
(415) 680-7946
annvmcg@gmail.com

Attorneys for Defendant
LUKE SCARMAZZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00342 LJO |
| *Plaintiff*, | |
| vs. | STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER |
| LUKE SCARMAZZO, | |
| *Defendant*. | |

Defendant LUKE SCARMAZZO, by and through his counsel, Ann McGlenon, and the United States, by and through McGregor W. Scott, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate  to extend time to file a reply to the Government Opposition to the points and authorities in support of Defendant Luke Scarmazzo's motion for reduction in sentence . Due to Oral Argument via computer and additional briefs and extended response, counsel needs time extended to thoroughly respond.

May 12, 2020                    Respectfully,


                                ____/s/_____

                                Ann H. McGlenon

                                Attorney for Luke Scarmazzo

| | |
|---|---|
| May 12, 2020 | McGregor Scott |
| | United States Attorney |
| | |
| | _____/s/_____ |
| | Kathleen A. Servatius |
| | Assistant United States Attorney |

**IT IS HEREBY ORDERED** that the time to file supplemental briefing will be extended from May 15, 2020 to May 26, 2020.

IT IS SO ORDERED.

Dated:   **May 12, 2020**                        _____Dale A. Drozd_____
                                                                UNITED STATES DISTRICT JUDGE