ANN MCGLENON, Bar #100433
MCGLENON LAW OFFICE
2401 44th Ave. Unit 6
San Francisco CA  94116
(415) 680-7946
annvmcg@gmail.com

Attorneys for Defendant
LUKE SCARMAZZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>   *Plaintiff*,  <br> vs.  <br> LUKE SCARMAZZO,  <br>   *Defendant*. | Case No. 1:06-cr-00342 LJO  <br><br> STIPULATION TO EXTEND TIME AND ORDER |

Defendant LUKE SCARMAZZO, by and through his counsel, Ann McGlenon, and the United States, by and through McGregor W. Scott, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to extend time to file a reply to the Government Opposition to the points and authorities in support of Defendant Luke Scarmazzo's motion for reduction in sentence.  Due to Oral Argument via computer and additional briefs and extended response, counsel needs time extended to June 1, 2020 to thoroughly respond.

May 22, 2020                                   Respectfully,
                                                            ____/s/_____
                                                            Ann H. McGlenon
                                                            Attorney for Luke Scarmazzo

May 22, 2020                    McGregor Scott
                                United States Attorney


                                _____/s/_____
                                Kathleen A. Servatius
                                Assistant United States Attorney


**IT IS HEREBY ORDERED** that the time to file the Reply to the Government Opposition briefing will be extended from May 26, 2020 to June 1, 2020.

IT IS SO ORDERED.

Dated:  **May 26, 2020**              _____/s/ Dale A. Drozd_____
                                      UNITED STATES DISTRICT JUDGE

SCARMAZZO Request for Extension of Time to File Reply to Opposition Brief

2