UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE SCARMAZZO,<br><br>Defendant. | No.  1:06-cr-00342-DAD-1<br><br>ORDER GRANTING THE APPLICATION OF KERRIE COVELL DENT TO APPEAR *PRO HAC VICE* FOR DEFENDANT LUKE SCARMAZZO<br><br>(Doc. No. 496) |

Attorney Kerrie Covell Dent of the law firm King & Spalding has applied to appear *pro hac vice* on behalf of defendant Luke Scarmazzo in this action. (Doc. No. 496.) Attorney Dent has demonstrated her good standing in the courts of the District of Columbia and has paid the fee for admission. She has not concurrently or within the year preceding this application made a *pro hac vice* application to this court. (*Id.*) Her application is therefore approved, and the *pro hac vice* attorney is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 1, 2022**

_____
UNITED STATES DISTRICT JUDGE

1