**KING & SPALDING LLP**
Kerrie Covell Dent (Admitted *pro hac vice*)
*kdent@kslaw.com*
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     202-626-2394
Facsimile:     202-626-3737

Bailey J. Langner
*blangner@kslaw.com*
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     415-318-1200
Facsimile:     415-318-1300

Attorneys for Defendant Luke Scarmazzo

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>    v.<br><br>LUKE SCARMAZZO,<br><br>          Defendant. | Case No. 1:06-CR-0342-DAD<br><br>**ORDER FOR IMMEDIATE RELEASE FROM CUSTODY** |

     **IT IS HEREBY ORDERED** that Defendant Luke Scarmazzo, Registration Number: 63131-097, **SHALL BE RELEASED** from custody at U.S. Bureau of Prisons' FCI-Yazoo City Medium institution **immediately.**

     On November 21, 2008, this Court imposed a total sentence of 262 months on three counts (comprising one count of engaging in a continuing criminal enterprise in violation of 21 U.S.C. § 848, one count of manufacturing 100 or more marijuana plants in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and one count of possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841.  On February 2, 2023, this Court reduced Defendant Luke

1  Scarmazzo's sentence to a total sentence of **TIME SERVED** *on all counts.*

2      Consistent with the Order this Court issued on February 2, 2023, Defendant Scarmazzo

3  shall be **RELEASED IMMMEDIATELY** to begin the 5-year term of supervised released

4  previously imposed.

5      The Clerk of the Court is directed to fax a copy of this order to FCI Yazoo City Medium.

6

7  IT IS SO ORDERED.

8      Dated:   **February 3, 2023**                    _Dale A. Drozd_

9                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Luke Scarmazzo                                          Case No. 1:06-CR-0342-DAD
[Proposed] Immediate Release Order